1054

[No. 47985-7-I. Division One. October 7, 2002.]

CASCADE AMBULANCE SERVICE, INC., *Respondent*, v. THE CITY
OF BELLINGHAM, ET AL., *Appellants*.

Appeal from judgments of the Superior Court for
Whatcom County, No. 98-2-01139-1, Michael F. Moynihan,
J., entered November 9, 2000 and January 5, 2001. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Ellington, J., concurred in by Kennedy
and Agid, JJ.

[No. 48007-3-I. Division One. October 7, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. JONATHAN JULIUS
CLARK, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 00-1-04268-6, Richard A. Jones, J., entered
January 22, 2001. *Affirmed in part* and *remanded* by
unpublished opinion per Grosse, J., concurred in by Cox,
A.C.J., and Kennedy, J.

[No. 48321-8-I. Division One. October 7, 2002.]

JUDITH LUNDBERG, *on behalf of Orient Foundation*,
*Appellant*, v. GRAHAM COLEMAN, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King
County, No. 00-2-10933-4, Bruce W. Hilyer, J., entered
March 9, 2001. *Affirmed* by unpublished opinion per
Grosse, J., concurred in by Baker and Agid, JJ. Now
published at 115 Wn. App. 172.

[No. 48694-2-I. Division One. October 7, 2002.]

THE STATE OF WASHINGTON, *Appellant*, v. HELENE M.
HOKENSON, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King
County, No. 99-2-21243-6, Richard McDermott, J., entered
April 20, 2001. *Affirmed* by unpublished opinion per
Ellington, J., concurred in by Becker, C.J., and Schindler, J.